UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| MALYDIA S. WILSON, )<br>)<br>Plaintiff, )<br>vs. )<br>)<br>NICHOLE GILBERT, et al., )<br>)<br>Defendants. ) | No. 1:05-cv-1640-DFH-WTL |

**Entry Discussing Plaintiff's Discovery Requests**

  The plaintiff's letter dated April 10, 2008 (dkt 76), is construed as a motion to compel discovery. The plaintiff states that she needs additional evidence to complete her response to the defendants' motion for summary judgment. Specifically, she states that she has not received a copy of her criminal trial transcripts which she allegedly has sought to obtain since 2004 or 2005. She further states that she will be asking the defendants for additional "papers."

  The defendants responded that they served substantial discovery responses on the plaintiff on January 10, 2008, and that those responses included a copy of the transcript of criminal proceedings in the plaintiff's criminal case, *Wilson v. State*, No. 49A04-0502-CR-000067. The defendants reported also that they received a letter dated April 10, 2008, from the plaintiff requesting additional documents. The defendants object to such additional discovery because the discovery deadline in this case was January 16, 2008, and they have already filed their motion for summary judgment.

  In her letter dated April 21, 2008 (dkt 78), the plaintiff does not directly respond to the defendants' contention that they have supplied her with a copy of the criminal transcript. She references Rules 56(e),(f), (g) of the *Federal Rules of Civil Procedure* and states that she needs the additional documents for her response to the summary judgment motion, for her "affidavits, (evidence)." She states she was "not aware of a deadline to pursue my defense."[1]

---

[1]The plaintiff further states that she never received a copy of her deposition transcript after she returned it to counsel with her correction sheet. Unless the plaintiff arranged to pay the court reporter for a copy of the deposition transcript, she is not entitled to receive a copy of it. The fact that she was granted *in forma pauperis* status in relation to the filing fee for this lawsuit does not mean that she is entitled to receive a free copy of her deposition transcript. In fact, *in forma pauperis* status only allowed her to file her lawsuit without *prepaying* the entire filing fee. She remains obligated to pay the remainder of the filing fee as she is able to do so.

Even if the court liberally construes the plaintiff's April 21, 2008, letter as a Rule 56(f) motion (in addition to treating it as a reply to her motion to compel), such motion must state the reasons why she cannot adequately respond to the summary judgment motion without further discovery and she must support those reasons with an affidavit. *See* Rule 56(f) of the *Federal Rules of Civil Procedure*. The plaintiff has not shown by affidavit that specific, identified discovery needs to be undertaken, without which she cannot present facts essential to her opposition of the motion for summary judgment. Accordingly, to the extent the court has considered her April 21, 2008, letter (dkt 78) as a motion pursuant to Rule 56(f), it is **denied.**

In addition, the discovery deadline was January 16, 2008. The plaintiff did not seek or receive leave to request additional documents after that deadline. The defendants have reported that they have, in fact, provided the criminal trial transcript. Accordingly, the plaintiff's April 10, 2008, letter (dkt 76), treated as a motion to compel, is **denied.**

The plaintiff shall be given additional time, **through May 23, 2008,** to respond to the defendants' motion for summary judgment.

So ordered.

_____
DAVID F. HAMILTON, Chief Judge
United States District Court

Date:  4/29/2008

Distribution:

Kyle A. Jones
NORRIS CHOPLIN & SCHROEDER LLP
kjones@ncs-law.com

John F. Kautzman
RUCKELSHAUS ROLAND KAUTZMAN BLACKWELL & HASBROOK
jfk@rucklaw.com

John C. Ruckelshaus
RUCKELSHAUS ROLAND KAUTZMAN BLACKWELL & HASBROOK
jcr@rucklaw.com

Malydia Suzanne Wilson
DOC #122373
INDIANA WOMEN'S PRISON
MSC-B2-19
401 N. Randolph Street
Indianapolis, IN 46204